UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL QUENTIN BROCKINGTON, | Case No. 2:22-cv-00787-CDS-DJA |
| Petitioner, | ORDER |
| v. | |
| THE STATE OF NEVADA DISTRICT ATTORNEY, *et al.*, | |
| Respondents. | |

Petitioner Darnell Quentin Brockington has submitted a *pro se* 28 U.S.C. § 2241 habeas petition and an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1.) Based on the current information about Petitioner's financial status, including Petitioner's representation that he has "enough money on [his] books to pay the $5" (ECF No. 1 at 2),[1] the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 1) is **denied**. Petitioner has 45 days from the date this order is entered in which to have the $5.00 filling fee sent to the Clerk of Court. Failure to pay the filing fee within 45 days may result in the dismissal of this action.

The Clerk of Court is directed to retain the petition (ECF No. 1-1) but not file it at this time.

DATED this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner explains that he does not "know how to send a money order [or] have [his] account debited." (ECF No. 1 at 2.) This court presumes that Petitioner can kite the appropriate personnel and ask about the process.